LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HUERTA, an individual, | Case No. CV22-01497-WLH-(JEMx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Judge:      Hon. Wesley L. Hsu |
| HIGHMARK, INC., dba HIGHMARK BLUE SHIELD; and DOES 1-10, inclusive; | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL HEREIN:

PLEASE TAKE NOTICE that this matter has settled in its entirety.

The parties expect to file a Stipulation and Order for dismissal of all claims with prejudice within the next 60 days.  Plaintiff requests that the Court vacate all of the current dates on calendar.

Dated: October 9, 2023          LAW OFFICES OF CHRISTIAN J. GARRIS

By:_____
          Christian J. Garris, Esq.

Attorneys for Plaintiff