**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HUERTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHMARK, INC., dba HIGHMARK BLUE SHIELD; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. 5:22-cv-01497-WLH-(JEMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [25]** |

The Stipulation re Dismissal with Prejudice of the parties pursuant to FRCP 41(a)(1)(A)(ii) having been filed, the above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: November 7, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

**Order**